Taxpayer is entitled to restore to its surplus account and include in its invested capital the sum of $280,513.26, representing capital expenditures previously charged as current expenses on its books and income-tax returns in error.

## APPEAL OF P. P. SWEETEN.

Docket No. 4331.   Submitted October 6, 1925.   Decided November 14, 1925.

*P. J. Daly, C. P. A.*, for the taxpayer.
*F. O. Graves, Esq.*, for the Commissioner.

### Before PHILLIPS and TRAMMELL.

This is an appeal from the determination of a deficiency in income tax for the calendar year 1920 in the amount of $146.68. The deficiency arises from the action of the Commissioner in adding to the taxpayer's income $2,000 as representing merchandise withdrawn from stock in trade for personal use.

#### FINDINGS OF FACT.

The taxpayer is an individual owning a general grocery and merchandisé store at Pedricktown, N. J.

During 1920 the taxpayer withdrew from his stock in trade, for the use of himself and his wife, groceries and other goods. The cost of the merchandise was approximately $1,000, and such cost was included by taxpayer in computing his income as a part of the cost of goods sold.

#### DECISION.

The deficiency should be computed by adding the value of the merchandise withdrawn, $1,000, to the taxpayer's gross income for 1920. Final determination will be settled on 10 days' notice, under Rule 50.

## APPEAL OF BARKER, FROST & CHAPMAN CO.

Docket No. 2753.   Submitted September 16, 1925.   Decided November 14, 1925.

Taxpayer *held* not entitled to classification as a personal-service corporation for the years 1919 and 1920.

*Homer Sullivan, Esq.*, for the taxpayer.
*J. Arthur Adams, Esq.*, for the Commissioner.

### Before GRAUPNER, TRAMMELL, and PHILLIPS.

This is an appeal from the determination of a deficiency in income and profits taxes in the amount of $2,344.78 for the calendar years